739 A.2d 131

SCANDALE CONSTRUCTION CO., Appellant,

v.

COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE, Appellee.

No. 202 M.D. 1999.

Supreme Court of Pennsylvania.

Oct. 14, 1999.

JURISDICTIONAL REVIEW

*ORDER*

PER CURIAM:

**AND NOW,** this 14th day of October, 1999, probable jurisdiction is herewith noted and the appeal is quashed as untimely.